No. 11, Original. MISSISSIPPI *v.* LOUISIANA. The motion for leave to file a bill of complaint is granted and process is ordered to issue returnable within 60 days. *J. P. Coleman,* Attorney General of Mississippi, and *G. H. Brandon* for plaintiff. *Fred S. LeBlanc,* Attorney General of Louisiana, *W. C. Perrault,* First Assistant Attorney General, *Carroll Buck,* Second Assistant Attorney General, and *John L. Madden,* Assistant Attorney General, for defendant.

No. ——. NORBACK ET AL. *v.* GRAND CENTRAL AIRCRAFT Co. The application for a stay of the interlocutory injunction is denied. THE CHIEF JUSTICE and MR. JUSTICE BURTON are of the opinion the application should be granted. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Acting Solicitor General Stern* for Norback et al. *Dana Latham* for respondent.

No. 287. POLIZZI *v.* COWLES MAGAZINES, INC. The petition for clarification of the opinion is denied. MR. JUSTICE FRANKFURTER and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 787. MISSISSIPPI RIVER FUEL CORP. *v.* FEDERAL POWER COMMISSION. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed on motion of counsel for the petitioner. *William A. Dougherty, James Lawrence White* and *Charles E. McGee* for petitioner.